**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GARY BLOCK**                                                                                                    **PLAINTIFF**

v.                                              Case No. 4:20-cv-00423-LPR

**DOES, Medical Staff**                                                                                     **DEFENDANTS**

## ORDER

On April 20, 2020, Plaintiff Gary Block, a prisoner in the Pulaski County Detention Center, filed a pro se Complaint pursuant to 42 U.S.C. § 1983.  (Doc. 1).  On April 21, 2020, the Court entered an Order directing Plaintiff to either pay the $400 filing fee or file an application to proceed *in forma pauperis*.  (Doc. 2).  The Court warned Mr. Block that his failure to comply with the Order would cause his Complaint to be dismissed.  (*Id.*).

On May 20, 2020, Mr. Block filed a "Motion for Summary Judgment" in which he claimed to be in imminent danger "due to being denied meds for over 22 days."  (Doc. 3 at 3).  However, he did not pay the filing fee or ask to proceed *in forma pauperis*.  On June 10, 2020, the Court entered a second Order giving Mr. Block an additional fourteen (14) days to either pay the filing fee or file an application to proceed *in forma pauperis*.  (Doc. 4).  That Order and *in forma pauperis* application form were returned to the Clerk as undeliverable.  (Docs. 5 and 6).

Mr. Block has not complied with or otherwise responded to the June 10, 2020 Order.  He has also failed to notify the Clerk of a change in his address as required by Local Rule 5.5.(c)(2), which the Court noted in its Initial Order for Pro Se Prisoners.  (Doc. 2).

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R.*

*Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

    IT IS SO ORDERED this 20th day of July 2020.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE