# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GARY BLOCK**                                                                                         **PLAINTIFF**

**v.**                                        **Case No. 4:20-cv-00423-LPR**

**DOES, Medical Staff**                                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order that was entered on July 20, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 20th day of July 2020.

                                                                          _____
                                                                          LEE P. RUDOFSKY
                                                                          UNITED STATES DISTRICT JUDGE